# MEMORANDUM DECISIONS

M. A. ARNETT v. STATE. (No. 8674.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, Scurry County; W. P. Leslie, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor; punishment being one year in the penitentiary. In the absence from the record of statement of facts and bills of exception, no question is presented for review, and an affirmance of the judgment is ordered.

Ed. AUGMAN v. STATE. (No. 8544.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, Rusk County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for transportation of intoxicating liquor; punishment being one year in the penitentiary. In the absence from the record of bills of exception and statement of facts, no question is presented for review. An affirmance of the judgment is ordered.

I. S. BELLAR v. STATE. (No. 8535.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, Hardin County; J. M. Combs, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor, with the punishment assessed at two years' confinement in the penitentiary. In the absence from the record of any bill of exceptions and statement of facts, no question is presented for review. The judgment is ordered affirmed.

Newt BROOKRESON v. STATE. (No. 7944.) (Court of Criminal Appeals of Texas. May 14, 1924.) Appeal from District Court, Callahan County; W. R. Ely, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for manslaughter; punishment fixed at confinement in the penitentiary for a period of 3½ years. The death of the appellant having been made known to this court by an affidavit, duly verified, the appeal is abated.

Carter DAVIS v. STATE. (No. 8537.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, Stephens County; Walter F. Schenck, Judge. See, also, 258 S. W. 188. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for assault to murder; punishment fixed at confinement in the penitentiary for a period of seven years. The indictment appears regular. Nothing is brought forward for review by way of statement of facts or bills of exception. No fundamental error has been pointed out or discovered. The judgment is affirmed.

Clifford DOGGETT v. STATE. (No. 8088.) (Court of Criminal Appeals of Texas. May 14, 1924.) Appeal from District Court, Mills County; Lewis H. Jones, Judge. J. C. Darroch, of Goldthwaite, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant was charged by indictment with selling intoxicating liquor, to which he entered a plea of guilty Upon the evidence introduced under such plea, his punishment was fixed at confinement in the penitentiary for one year. No attack was made upon the law in the court below, but for the first time in this court the contention is urged that the law under which conviction was had is unconstitutional, in that in defining the offense the Legislature omitted the exceptions contained in the constitutional amendment under which the law was passed. This exact point has been settled adversely to appellant's contention in No. 8212, Walker v. State, 262 S. W. 759, opinion April 2, 1924, and No. 8379, Sproules v. State, 262 S. W. 757, opinion April 9, 1924. An affirmance of the judgment is ordered.

Mose GOODALL v. STATE. (No. 8552.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of San Jacinto county of assault to rape, and his punishment fixed at 99 years in the penitentiary. In view of the extreme penalty fixed by the jury, we regret that this record is before us devoid of a statement of facts. The indictment charges an attempt by force to rape a woman. The charge of the court appears to conform to the law. There are no bills of exception in the record, and the only statement of any exception to the court's charge is in the broadest terms possible, and evinces an entire lack of conformity to the requirements of article 735, C. C. P. There is a special charge in the record, marked "Refused," and an exception noted, but in the absence of a statement of facts it is impossible for us to ascertain whether said charge was called for by the facts or not. The matters